UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE JENKINS,

        Plaintiff,                    Case No. 09-12451

v.                                     Hon. Nancy G. Edmunds

WELLS FARGO BANK, N.A.,

        Defendant.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Plaintiff's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.

      It is further ordered that Defendant's motion to dismiss or in the alternative for summary judgment is GRANTED, and the case is DISMISSED.

      SO ORDERED.

      s/Nancy G. Edmunds_____
      Nancy G. Edmunds
      United States District Judge

Dated:  January 21, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 21, 2010, by electronic and/or ordinary mail.

      s/Carol A. Hemeyer_____
      Case Manager